| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | BPA Michael Everson | Telephone: (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Fabricio Orlando CORRALES-ALVARENGA

Case No.

Case: 2:25-mj-30219
Assigned To : Unassigned
Assign. Date : 4/10/2025
Description: RE: FABRICIO ORLANDO CORRALES-ALVARENGA (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 8, 2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about April 8, 2025, in the Eastern District of Michigan, Southern Division, Fabricio Orlando CORRALES-ALVARENGA an alien from Honduras, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about October 14, 2024, Alexandria, Louisiana and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_Complainant's signature_

Michael Everson, BPA
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: April 10, 2025

City and state: Detroit, MI

_Judge's signature_

David R. Grand, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Fabricio Orlando CORRALES-ALVARENGA, which reveals the following:

2. CORRALES-ALVARENGA is a thirty-two-year-old male, native and citizen of Honduras, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about September 17, 2024, CORRALES-ALVARENGA was arrested by Border Patrol Agents near Santa Teresa, New Mexico. He was processed for Expedited Removal.

4. On or about October 14, 2024, CORRALES-ALVARENGA was removed from the United States to Honduras through Alexandria, Louisiana.

5. On or about April 8, 2025, CORRALES-ALVARENGA was arrested by Border Patrol Agents following a request for assistance by Auburn Hills Police. The police conducted a traffic stop for faulty equipment and for operating without a license. CORRALES-ALVARENGA freely admitted that he was illegally present in the United States. He was transported to the Detroit Border Patrol Station for processing. His prior order of removal was reinstated.

6. During a post-arrest interview, CORRALES-ALVARENGA advised that he is single, with no children in the United States. He has no family in Michigan. He claims he lives in Cincinnati, Ohio, where he rents a room in a house. He has been in Ohio for four months. He is currently in Detroit for

work and resides in a hotel. CORRALES-ALVARENGA said he had one family member in the United States who resides somewhere in North Carolina.

7. Fabricio Orlando CORRALES-ALVARENGA's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that CORRALES-ALVARENGA is a citizen of Honduras with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that CORRALES-ALVARENGA legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

8. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

9. Review of the Alien File (A# xxx xxx 330) for Fabricio Orlando CORRALES-ALVARENGA and queries in Department of Homeland Security databases confirm no record exists of CORRALES-ALVARENGA obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on October 14, 2024.

10. Based on the above information, I believe there is probable cause to conclude that Oscar CORRALES-ALVARENGA, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

April 10, 2025